Financial Disclosure Incomplete

# FINANCIAL DISCLOSURE REPORT

Crane, Robert R.

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | (exempt) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | (exempt) | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Greenwood Trust | C | Interest | L | T | exempt | | | | |
| 2 Security 1st Federal C. U. | A | Interest | J | T | exempt | | | | |
| 3 Trust #1 | A | Interest | J | T | exempt | | | | |
| 4 Trust #2 | A | Dividend | J | T | exempt | | | | |
| 5 -- Alliance Inst. Reserves | | | | | exempt | | | | |
| 6 -- QQQ | | | | | exempt | | | | |
| 7 -- North East ISD Bonds | | | | | exempt | | | | |
| 8 -- RBCGX | | | | | exempt | | | | |
| 9 Trust #3 | A | Interest | J | T | exempt | | | | |
| 10 Texas State Bank (IRAs)(CDs) | A | Interest | J | T | exempt | | | | |
| 11 Penson Financial Services | B | Dividend | L | T | exempt | | | | |
| 12 --Alliance Municipal Money Mkt | | | | | exempt | | | | |
| 13 -- QQQ | | | | | exempt | | | | |
| 14 -- LUV | | | | | exempt | | | | |
| 15 -- CWGIX | | | | | exempt | | | | |
| 16 ABA Members Retirement | D | Dividend | M | T | exempt | | | | |
| 17 Atlas & Hall Partnership interest | | | K | T | exempt | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## SECTION HEADING.   (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART  1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Custodian | Trust #2 |
| 5 | Custodian | Trust #3 |

PART  3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 2001 | Crane Family Partnership (Spouse) | |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date _9-21-01_

Note:          Any individual who knowingly and wilfully falsifies or fails to file this report
               may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

## FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# AFFIDAVIT

I, Robert Randall Crane, do swear that the information provided in this statement is, to the best of my knowledge, true and accurate.



Sept. 21, 2001
_____
Date

_____
Robert Randall Crane

SWORN TO AND SUBSCRIBED before me, the undersigned authority, by the said Robert Randall Crane, on this the 21st day of September, 2001, to certify which witness my hand and seal of office.

KAREN JAMES
Notary Public, State of Texas
My Commission Expires
07-18-2005

_____
Notary Public, State of Texas